```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8             IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:09-cv-01266-MCE-GGH
                                   )
12           Plaintiff,            )   ORDER REGARDING CLERK'S
                                   )   ISSUANCE OF WARRANT FOR
13      v.                         )   ARREST OF ARTICLES IN REM
                                   )
14  APPROXIMATELY $134,366.00 IN   )
    U.S. CURRENCY,                 )
15                                 )
             Defendant.            )
16  _____   )

17
```

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on May 7, 2009, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $134,366.00 in U.S. Currency (hereafter "defendant currency"), is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. § 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration, Special Agent, Brian Nehring, there is probable cause to believe that the defendant currency so

described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: May 11, 2009

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge