IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
|     Plaintiff, | | No. CIV S-09-1266 MCE GGH |
|     vs. | | |
| APPROXIMATELY $134,366.00 IN U.S. CURRENCY, | | <u>FINDINGS & RECOMMENDATIONS</u> |
|     Defendant. | | |
| _____/ | | |

        This matter came before the Honorable Judge Gregory G. Hollows on plaintiff United States' ex parte motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. Based on plaintiff's motion and the files and records of the court, THE COURT FINDS as follows:

        1. This action arose out of a Verified Complaint for Forfeiture In Rem filed May 7, 2009.

        2. Plaintiff United States of America has moved this Court, pursuant to Local Rule A-540, for entry of default judgment of forfeiture against potential claimants Tania Alexis Blair and Dominic Schiele, and entries of default were entered against both potential claimants

on July 6, 2009.

3. Plaintiff has shown that a complaint for forfeiture was filed; that potential claimants Tania Alexis Blair and Dominic Schiele received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Tania Alexis Blair and Dominic Schiele be held in default;

2. That plaintiff's motion for default judgment and final judgment of forfeiture be granted;

3. That a judgment by default be entered against any right, title or interest of potential claimants Tania Alexis Blair and Dominic Schiele in the defendant currency;

4. That a final judgment be entered, forfeiting all right, title and interest in the defendant currency to the United States of America, to be disposed of according to law;

5. That the Default Judgment and Final Judgment of Forfeiture lodged herein be signed by the Honorable Morrison C. England, Jr. and filed by the Clerk of the Court.

Dated: August 25, 2009              /s/ Gregory G. Hollows
                                    _____
                                    U.S. MAGISTRATE JUDGE

$134,366.00.ord2