LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>                            )  <br>        Plaintiff,          )  <br>                            )  <br>     v.                     )  <br>                            )  <br>APPROXIMATELY $134,366.00 IN)  <br>U.S. CURRENCY,              )  <br>                            )  <br>        Defendant.          )  <br>_____) | 2:09-cv-01266-MCE-GGH  <br>  <br>DEFAULT JUDGMENT AND FINAL  <br>JUDGMENT OF FORFEITURE |

This matter came on before the Honorable Magistrate Judge Gregory G. Hollows on plaintiff United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the defendant currency to oppose plaintiff's motion. The Magistrate Judge has recommended that plaintiff's motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

1 |     2.  Tania Alexis Blair and Dominic Schiele are held in
2 | default.
3 |     3.  A judgment by default is hereby entered against any
4 | right, title or interest of Tania Alexis Blair and Dominic
5 | Schiele in the defendant currency referenced in the above-
6 | caption.
7 |     4.  A final judgment of forfeiture is hereby entered,
8 | forfeiting all right, title and interest in the defendant
9 | currency to the United States, to be disposed of according to
10 | law.
11 |     5.  All parties shall bear their own costs and attorneys'
12 | fees.
13 |     IT IS SO ORDERED.

Dated: August 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Default Judgment and Final Judgment of Forfeiture     2